

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2021

No. 04-20-00528-CV

Alberto **MUNIZ** and Bridget Muniz,
Appellants

v.

Mike **DUGI** and Mary Ann Dugi,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-18-0000406
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellants' Unopposed Motion to Exceed Word Limits is hereby GRANTED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court